**2014–0118.  State v. Wise.**
Trumbull App. No. 2013–T–0033, 2013-Ohio-4632. On motion for delayed appeal. Motion denied.
O'NEILL, J., dissents.

**2014–0122.  State v. Miller.**
Lake App. No. 2011–L–111, 2012-Ohio-3515. On motion for delayed appeal. Motion denied.

**2014–0142.  State v. Matthews.**
Fairfield App. No. 12–CA–35, 2013-Ohio-2183. On motion for delayed appeal. Motion denied.

**2014–0148.  State v. Green.**
Lake App. No. 2012–L–089, 2013-Ohio-2041. On motion for delayed appeal. Motion denied.

**2014–0175.  State v. Linder.**
Cuyahoga App. No. 99350, 2013-Ohio-5018. On motion for delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2014–0255.  State v. Shorter.**
Mahoning App. No. 12 MA 55, 2014-Ohio-581. On motion for immediate stay of court of appeals' judgment. Motion denied.

**2014–0268.  State ex rel. Rohrer v. Holzapfel.**
In Mandamus and Prohibition. On motion to expedite issuance of alternative writs. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2013–1730.  Dodd v. Croskey.**
Harrison App. No. 12 HA 6, 2013-Ohio-4257. Discretionary appeal accepted. Cross-appeals not accepted.
PFEIFER and O'NEILL, JJ., dissent and would accept the discretionary appeal and the cross-appeals.
O'DONNELL and LANZINGER, JJ., dissent and would not accept the discretionary appeal or the cross-appeals.

**2013–1794.  Wilkins v. Sha'ste, Inc.**
Cuyahoga App. No. 99167, 2013-Ohio-3527. Discretionary appeal accepted on Proposition of Law No. I.
O'NEILL, J., would also accept the appeal on Proposition of Law No. II.
PFEIFER, O'DONNELL, and KENNEDY, JJ., dissent.

**2013–1842.  State v. Bass.**
Franklin App. Nos. 12AP–622 and 12AP–623, 2013-Ohio-4503. Discretionary appeal accepted; cause held for the decision in 2013–0167, *State v. Bonnell*, 5th Dist. Delaware No. 12CAA030022, 2012-Ohio-5150; and briefing schedule stayed.
PFEIFER and LANZINGER, JJ., dissent.
Cross-appeal not accepted.

**2013–1852.  State v. Schmick.**
Cuyahoga App. No. 99262, 2013-Ohio-4488. Discretionary appeal accepted; cause held for the decision in 2013–1255 and 2013–1501, *State v. Rogers*, 8th Dist. Cuyahoga Nos. 98292, 98584, 98585, 98586, 98587, 98588, 98589, and 98590, 2013-Ohio-3235; and briefing schedule stayed.
PFEIFER and O'DONNELL, JJ., dissent.

**2013–1856.  Sunset Estate Properties, L.L.C. v. Lodi.**
Medina App. No. 12CA0023–M, 2013-Ohio-4973.
O'CONNOR, C.J., and PFEIFER and LANZINGER, JJ., dissent.

**2013–1886.  State v. North.**
Franklin App. No. 13AP–110, 2013-Ohio-4607. Discretionary appeal accepted; cause held for the decision in 2013–0821, *State v. Bevly*, 10th Dist. Franklin No. 12AP–471, 2013-Ohio-1352; and briefing schedule stayed.